UNITED STATES v. WALLER et al. (Circuit Court of Appeals, Eighth Circuit. November 19, 1917.) No. 4616. Appeal from the District Court of the United States for the District of Minnesota. C. C. Daniels, of Minneapolis, Minn., F. A. Pike, of St. Paul, Minn., and Alfred Jaques, of Duluth, Minn., for the United States. R. J. Powell, of Minneapolis, Minn., and Marshall A. Spooner, of Bemidji, Minn., for appellees.

PER CURIAM. Decree affirmed, without costs to either party in this court, pursuant to mandate of Supreme Court.

---

VICK v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 14, 1918.) No. 5091. In Error to the District Court of the United States for the Eastern District of Oklahoma. Gibson & Wheeler, of Oklahoma City, Okl., and P. A. Gavin, of Muskogee, Okl., for plaintiff in error. W. P. McGinnis, U. S. Atty., and Walter J. Turnbull, Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Cause docketed and writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

WARREN BROS. CO. v. PACE et al. (Circuit Court of Appeals, Sixth Circuit. October 11, 1917.) No. 2979. Appeal from the District Court of the United States for the Northern District of Ohio. Westenhaver, Boyd & Brooks, of Cleveland, Ohio, and James M. Head, of Boston, Mass., for appellant. Guthery & Guthery, of Cleveland, Ohio, and Charles K. Offield, of Chicago, Ill., for appellees.

PER CURIAM. Dismissed pursuant to motion of counsel. For opinion below, see 247 Fed. 117.

---

WILSON v. QUINN et al. (Circuit Court of Appeals, Sixth Circuit. November 15, 1917.) No. 3117. Appeal from the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Walter F. Murray, of Cincinnati, Ohio, for appellant. George E. Kirk, of Toledo, Ohio, for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

YEE CHEE SHIM v. WHITE, U. S. Com'r of Immigration at the Port of San Francisco, Cal. (Circuit Court of Appeals, Ninth Circuit. March 1, 1918.) No. 3044. Appeal from the District Court of the United States for the First Division of the Northern District of California. John L. McNab and Timothy Healy, both of San Francisco, Cal., for appellant. John W. Preston, U. S. Atty., and Caspar A. Ornbaum, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

PER CURIAM. It appearing that the Supreme Court of the United States has passed upon the question involved in this case adversely to the government, by consent of counsel, ordered, order appealed from reversed, etc.

END OF CASES IN VOL. 248